TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00688-CV

Sterling Outdoor Advertising, Inc., Appellant

v.

James Dale Nobles, Appellee

FROM THE DISTRICT COURT OF JEFFERSON COUNTY, 172ND JUDICIAL DISTRICT

NO. E-153988, HONORABLE DONALD FLOYD, JUDGE PRESIDING 

PER CURIAM

 Sterling Outdoor Advertising, Inc. has filed a motion to dismiss, announcing that
the case has been settled. No other party filed a notice of appeal. We grant the motion and
dismiss the appeal.

 

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellant's Motion

Filed: January 29, 1998

Do Not Publish